UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV 11-01364-RGK (PJWx) | Date | June 14, 2011 |

Title    KARL ZIRPEL v. SKILLSTORM

Present: The Honorable    R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | N/A |
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

None appearing    None appearing

**Proceedings:**    (IN CHAMBERS)  Order to Show Cause re Dismissal re Lack of Prosecution

     The court, on its own motion, orders plaintiff(s) to show cause **in writing** on or before **June 27, 2011** why this action should not be dismissed for lack of prosecution.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument.  The Order To Show Cause will stand submitted upon the filing of plaintiff's response.

     If plaintiff(s) files

☐  Proof(s) of <u>TIMELY</u> service of summons and complaint on defendants

☐  Timely answer to complaint

☒  **Plaintiff's application for entry of default pursuant to Rule 55a of the Federal Rules of Civil Procedure**

☐  Plaintiff's motion for default judgment pursuant to Rule 55b of the Federal Rules of Civil Procedure

on or before the date indicated above, the court will consider this a satisfactory response to the Order To Show Cause.